RENATA ORTIZ BLOOM (SBN: 254377)
rbloom@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile:  (619) 696-7124

Attorney for Defendant,
DEXCOM, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE LEVENS and GISELL CORDOVA REGIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEXCOM, INC.,<br><br>Defendant. | Case No. 3:25-cv-02565-BEN-BLM<br><br>**JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT DEXCOM, INC., TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed: September 29, 2025 |

Pursuant to Local Rules 7.2 and 12.1, plaintiffs Caroline Levens and Gisell Cordova Regis, on behalf of themselves and all others similarly situated ("Plaintiffs"), and defendant Dexcom, Inc. ("Dexcom"), by and through their counsel of record, stipulate and jointly move the Court for an Order granting an extension of time for Dexcom to answer, move, or otherwise respond to Plaintiffs' Complaint, up to and including November 18, 2025. Plaintiffs served the Complaint on September 30, 2025, and Dexcom currently has until October 21, 2025, to answer, move, or otherwise respond to the Complaint. There is good cause for this extension.

First, Plaintiffs have asserted a claim under the Consumer Legal Remedies Act ("CLRA"). (ECF No. 1, ¶¶ 63-67.) Plaintiffs allege they sent a written notice to Dexcom, pursuant to the CLRA, on September 25, 2025, and they have stated their

1  intention to amend the Complaint if Dexcom does not "respond adequately" to their
2  CLRA notice within 30 days. (*Id.*, ¶ 67.) That 30-day period does not expire until
3  October 25, 2025, four days after Dexcom's current responsive pleading deadline.[1]
4  It would be a substantial waste of party and judicial resources for Dexcom to respond
5  to an 82-paragraph, putative class action Complaint containing seven causes of
6  action that may be amended shortly thereafter, which would require Dexcom to file
7  a new response to any amended complaint. Second, Plaintiffs' allegations and causes
8  of action raise complex legal and factual questions that will require extensive
9  research, investigation, and drafting. The 28-day extension sought will permit
10 Dexcom additional time to fully investigate, review, and respond to the allegations
11 in the Complaint. This is the first request for an extension for Dexcom to respond to
12 Plaintiffs' Complaint in this action.

13  Good cause exists to extend Dexcom's deadline to answer, move, or otherwise
14 respond to the Complaint from October 21, 2025, up to and including November 18,
15 2025. An extension will preserve judicial and party resources by alleviating the
16 wasteful preparation of a response to the Complaint that may immediately be mooted
17 by an amended complaint (if Plaintiffs amend their Complaint). The extension
18 sought also will allow Dexcom to fully evaluate this action and prepare an
19 appropriate response to the Complaint. This extension is not requested for purposes
20 of delay, will not affect any other deadline set by the Court, and will not result in any
21 prejudice to the parties or to the Court.[2]

22 / / /
23 / / /
24 / / /
25

---

[1] October 25 is a Saturday.

[2] In filing this Joint Motion and Stipulation, Dexcom expressly preserves, and does not waive, all defenses, including any available defenses it may raise in a motion in response to the Complaint.

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | Dated:  October 14, 2025        WISNER BAUM, LLP |

By: *s/ Behram V. Parekh*
Behram V. Parekh
Attorney for Plaintiffs,
Caroline Levins and Gisell Cordova Regis, on behalf of themselves and all others similarly situated
Email: bparekh@wisnerbaum.com

Dated:  October 14, 2025        GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Renata Ortiz Bloom*
Renata Ortiz Bloom
Attorney for Defendant
Dexcom, Inc.
Email: rbloom@grsm.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Behram V. Parekh, counsel for Plaintiffs, and that I have obtained authorization to affix Mr. Parekh's electronic signature to this document.

Dated:  October 14, 2025        GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Renata Ortiz Bloom*
Renata Ortiz Bloom
Attorneys for Defendant
Dexcom, Inc.
Email: rbloom@grsm.com