Steven M. Jodlowski (Bar No. 239074)
**DiCELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, California 92121
Tel.: (619) 923-3939
stevej@dicellolevitt.com

Adam J. Levitt (IL Bar No. 06216433)
(*pro hac vice* forthcoming)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com

C. Moze Cowper (Bar No. 326614)
Paige Miller (Bar No. 361477)
**COWPER LAW LLP**
12301 Wilshire Boulevard, Suite 303
Los Angeles, California 90025
Tel.: (877) 529-3707
mcowper@cowperlaw.com
pmiller@cowperlaw.com

*Counsel for Plaintiffs and the Proposed Classes in Grisoli, et al. v. Dexcom, Inc., No. 3:25-cv-03488-RSH-KSC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLINE LEVENS *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCOM, INC.,<br><br>Defendant. | Case No. 3:25-cv-02565-BJC-BLM<br><br>**NOTICE OF FILING**<br><br>[Related Cases: 3:25-cv-02845-BJC-BLM; 3:25-cv-03210-BJC-BLM] |

NOTICE OF FILING – No. 3:25-cv-02565-BJC-BLM

1. Plaintiffs in *Grisoli et al. v. Dexcom, Inc.*, No. 3:25-cv-03488-RSH-KSC (the "*Grisoli* Plaintiffs"), individually and on behalf of all others similarly situated, respectfully give notice of filing the attached Motion for Consolidation and Appointment of Interim Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).

2. Pursuant to Local Rule 40.1(f), on December 12, 2025, Defendant Dexcom, Inc. submitted a notice to the Court that *Grisoli, et al. v. Dexcom, Inc.*, No. 3:25-cv-03488-RSH-KSC (filed Oct. 15, 2025) is related to *Levens, et al. v. Dexcom, Inc.*, No. 3:25-cv-02565-BJC-BLM (filed Sept. 29, 2025); *Estravit v. Dexcom, Inc.*, No. 3:25-cv-02845-BJC-BLM (filed Oct. 22, 2025); and *Dalora v. Dexcom, Inc.*, No. 3:25-cv-03210-BJC-BLM (filed Nov. 18, 2025), all of which are pending before the Honorable Benjamin J. Cheeks of the United States District Court for the Southern District of California. On December 18, 2025, the *Grisoli* Plaintiffs submitted a notice of non-opposition to Defendant's notice of relation (Dkt. No. 32). On December 30, 2025, the *Grisoli* Plaintiffs submitted the attached Motion for Consolidation and Appointment of Interim Class Counsel, intended to apply to its own case and the three related cases (Dkt. No. 33).

DATED: December 30, 2025

Respectfully submitted,

By: */s/ Steven M. Jodlowski*
Steven M. Jodlowski (Bar No. 239074)
**DICELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, CA 92121
Tel.: (619) 923-3939
stevej@dicellolevitt.com

Adam J. Levitt (*pro hac vice* forthcoming)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com

1
2
3
4

C. Moze Cowper (Bar No. 326614)
Paige Miller (Bar No. 361477)
**COWPER LAW LLP**
12301 Wilshire Boulevard, Suite 303
Los Angeles, CA  90025
Tel.: (877) 529-3707
mcowper@cowperlaw.com
pmiller@cowperlaw.com

*Counsel for Plaintiffs and the Proposed Classes in Grisoli, et al. v. Dexcom, Inc., No. 3:25-cv-03488-RSH-KSC*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on December 30, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List.

*/s/ Steven M. Jodlowski*
Steven M. Jodlowski (Bar No. 239074)

**DiCELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, California 92121
Tel.: (619) 923-3939
stevej@dicellolevitt.com