Behram V. Parekh (SBN 180361)
**WISNER BAUM, LLP**
bparekh@wisnerbaum.com
11111 Santa Monica Blvd., Suite 1750
Los Angeles, California 90025
Telephone: 310.207.3233
Facsimile: 310.820.7444

*Counsel for Plaintiffs Levens et al.*
*Dickinson et al., and the Proposed Class*

[additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE LEVENS and GISELL CORDOVA REGIS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCOM, INC. and Does 1-10, <br><br> Defendants. | CASE NO. 3:25-CV-02565-BJC-BLM <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR STATUS CONFERENCE** <br><br> Court: Judge Benjamin J. Cheeks <br> Courtroom: 3A (Third Floor) |
| RAUL ESTRAVIT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCOM, INC., <br><br> Defendant. | CASE NO. 3:25-CV-2845-BJC-BLM |

1

| | |
|---|---|
| TAYLOR DALORA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>       v.<br><br>DEXCOM, INC.,<br><br>                    Defendant. | CASE NO. 3:25-CV-03210-BJC-BLM |
| KELLY GRISOLI, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>       v.<br><br>DEXCOM, INC.,<br><br>                    Defendant. | CASE NO. 3:25-CV-3488-BJC-BLM |
| FRED DICKINSON et al., individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>       v.<br><br>DEXCOM, INC.,<br><br>                    Defendant. | CASE NO. 3:26-CV-00102-BJC-BLM |

2

**TO THE COURT, CLERK, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

All Plaintiffs in the above-captioned cases respectfully request the Court set a conference to discuss the status of these cases. In support of this request, Plaintiffs state the following:

1. Pending before this Court are five overlapping, proposed class actions, alleging Defendant sold adulterated and misbranded Dexcom G6 and G7 continuous glucose monitor sensors after making material, unapproved alterations to a design that had secured FDA approval.

2. Plaintiffs' counsel in the *Levens*, *Estravit*, and *Dalora* actions filed a Motion for Order Consolidating Related Actions and Setting Schedule on Motions for Appointment of Interim Class Counsel on January 5, 2026 with a hearing date of February 9, 2026.

3. All of the above captioned cases have been effectively stayed per orders entered by the Court in those cases extending the responsive deadline for Defendant to file a motion to dismiss or answer until a resolution of the consolidation and interim class counsel issues and the filing of a consolidated complaint.

4. Plaintiffs in the above captioned actions jointly respectfully request that the Court set a status conference, so that the parties may discuss the status of these cases.

5. Plaintiffs' Counsel in *Levens* and *Dickinson* have met and conferred with Defendant, who does not oppose this Motion.

Dated: May 14, 2026                    Respectfully submitted,

                          By:    */s/ Behram V. Parekh*
                                 Behram V. Parekh
                                 **WISNER BAUM, LLP**
                                 bparekh@wisnerbaum.com

3

11111 Santa Monica Blvd., Suite 1750
Los Angeles, California 90025
Telephone: 310.207.3233
Facsimile: 310.820.7444

*Counsel for Plaintiffs Levens et al.,
Dickinson et al.*

/s/ Rosemary M. Rivas
Rosemary M. Rivas
Rosanne L. Mah
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.: (510) 350-9700
rmr@classlawgroup.com
rlm@classlawgroup.com

*Counsel for Plaintiff Estravit*

/s/ David S. Casey, Jr.
**CASEY GERRY FRANCAVILLA BLATT LLP**
David S. Casey, Jr.
Gayle M. Blatt
Camille Guerra
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Joseph J. DePalma*
Catherine B. Derenze*
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
570 Broad St., Suite 1201
Newark, NJ 07102
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Counsel for Plaintiff Dalora*

*/s/ C. Moze Cowper*

C. Moze Cowper
Paige Miller
**COWPER LAW LLP**
12301 Wilshire Boulevard, Suite 303
Los Angeles, California 90025
Tel.: (877) 529-3707
mcowper@cowperlaw.com
pmiller@cowperlaw.com

Adam J. Levitt
**DICELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com

*Counsel for Plaintiff Grisoli*